683 A.2d 289

**COMMONWEALTH of Pennsylvania, Appellant,**

v.

**Salvador RIVERA, Appellee.**

Supreme Court of Pennsylvania.

Argued Sept. 19, 1996.

Decided Oct. 8, 1996.

Kenneth A. Zak, Erie, for the Commonwealth.

Joseph P. Burt, Christian Trabold, Erie, for Salvador Rivera.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO and NEWMAN, JJ.

## *ORDER*

PER CURIAM:

Appeal dismissed as having been improvidently granted.